UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLAH GREATMIND ALLAH,

        Plaintiff,                  Case No. 2:25-cv-11403

v.                                     Honorable Susan K. DeClercq
                                       United States District Judge

GENISYS CREDIT UNION, et al.,

        Defendants.
_____/

## ORDER DIRECTING PLAINTIFF TO CORRECT DEFICIENCIES IN APPLICATION TO PROCEED *IN FORMA PAUPERIS*

On May 14, 2025, Plaintiff sued Genisys Credit Union and two of its officers, Nathan Davidson and Brian Dowgiallo, alleging that they deprived him of his personal property, blocked his access to his financial assets and accounts, and "engaged in continued abusive, unfair, and harassing communications" to collect debts from him. ECF No. 1. Plaintiff also applied to proceed *in forma pauperis*. ECF No. 2.

Under 28 U.S.C. § 1915(a), all plaintiffs—whether incarcerated or not—who seek to proceed *in forma pauperis* in federal court "must file a form or affidavit which states all the assets possessed by that individual" and which demonstrates that they are unable to pay the court filing fees and costs. *Benton v. Cherry Health Cmty. Treatment Ctr.*, No. 21-11594, 2021 WL 4060996, at *1 (E.D. Mich. Sept. 7, 2021)

(citing *Floyd v. U.S. Postal Serv.*, 105 F.3d 274, 277 (6th Cir. 1997), *superseded by rule on other grounds as stated in Callihan v. Schneider*, 178 F.3d 800 (6th Cir. 1999)); *see also Madison v. D W Ariel*, No. 23-CV-1026 2023 WL 7166157, at *1 n.1 (E.D. Wis. Oct. 31, 2023) (explaining that "[a]lthough 28 U.S.C. § 1915(a) specifically references 'prisoner' litigants, it has been interpreted as providing authority for such requests by both prisoner and non-prisoner pro se litigants alike." (collecting cases)).

A plaintiff seeking to proceed *in forma pauperis* who does not pay the full filing fee and fails to provide the required information to determine whether they are indigent and unable to pay the court filing fees and costs must be notified of the deficiency and granted 30 days to correct it or pay the full fee. *Davis v. United States*, 73 F. App'x 804, 805 (6th Cir. 2003) (citing *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199 (2007)). "If the [plaintiff] does not correct the deficiency, the district court must presume that he or she is not a pauper, assess the full fee, and order the case dismissed for want of prosecution." *Davis*, 73 F. App'x at 805.

Here, Plaintiff's application does not provide enough information for this Court to evaluate whether he is entitled to proceed *in forma pauperis*. *See id.* Although his application states he receives no income or assistance, it also states that he has no regular monthly utility expenses or other financial obligations. *Id.* The

only actual amount accounted for on his application is in the debts or financial obligations section, where he writes, "$26,541.98 Payable to Allah, Allah Greatmind." *Id.* at PageID.11. Presumably, Plaintiff is referring to himself, so this amount would not be a debt but rather an amount he anticipates receiving in the future. *See id.* Accordingly, based on this confusing information this Court cannot determine the reality of Plaintiff's present financial position.

Thus, Plaintiff will be directed to correct the deficiency by July 30, 2025, by either (1) paying the entire $405 civil filing fee or filing a completed application to proceed *in forma pauperis* which reflects Plaintiff's income, assets, expenses, and financial obligations or further explains why they are not applicable to Plaintiff. If Plaintiff does not comply with this order, the Court will dismiss his complaint without further notice for failure to prosecute under Civil Rule 41(b). *See also McGore*, 114 F. 3d at 605.

Accordingly, it is **ORDERED** that Plaintiff is **DIRECTED** to correct the deficiency **on or before July 30, 2025**, by submitting either (1) the entire $405 civil filing fee or (2) a properly filled out application to proceed *in forma pauperis*.

> /s/Susan K. DeClercq
> SUSAN K. DeCLERCQ
> United States District Judge

Dated: July 1, 2025