UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLAH GREATMIND
ALLAH, *d/b/a* Greatmind
Enterprise,

          Plaintiff,

v.

GENISYS CREDIT UNION,
NATHAN DAVIDSON, and
BRIAN DOWGIALLO,

          Defendants.

_____/

Case No. 2:25-cv-11403
District Judge Susan K. DeClercq
Magistrate Judge Anthony P. Patti

## <u>ORDER STRIKING CERTAIN FILINGS (ECF Nos. 25, 26, 27)</u>

Defendants' pending motion to dismiss (ECF No. 16) was fully briefed as of October 13, 2025 (*see* ECF Nos. 16, 22, 24) and will be addressed under separate cover.  On October 23, 2025, Plaintiff filed a "verified response in opposition to motion to dismiss," (ECF No. 25); however, this is an impermissible sur-reply, because Plaintiff did not seek leave to file it and the Court has not invited it.

On December 1, 2025, Plaintiff filed a "notice of appearance and declaration of beneficial owner and equitable titleholder," attached to which is a "declaration of designated authorized representative," (ECF No. 26); however, the Court is well aware that Plaintiff is proceeding on his own

1

behalf, this filing is not a motion, and Plaintiff cannot just file anything he wishes whenever he sees fit.

Finally, on December 8, 2025, Defendants filed a copy of their same-day answer to Plaintiff's first set of requests for admission (ECF No. 27); however, this filing appears to violate this Court's local rule prohibiting the filing of "discovery material specified in Fed. R. Civ. P. 5(d)(1) . . . ." E.D. Mich. LR 26.2(a).  *See also* Fed. R. Civ. P. 5(d)(1)(A) ("disclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and *requests for admission*.") (emphasis added).

Accordingly, these filings (ECF Nos. 25, 26, 27) are **STRICKEN**.

**IT IS SO ORDERED.**[1]

Dated:  March 10, 2026

_____
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

---

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).