UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLAH GREATMIND ALLAH,

                Plaintiff,                      Case No. 2:25-cv-11403

v.                                  Honorable Susan K. DeClercq
                                       United States District Judge

GENISYS CREDIT UNION, et al.,

                                  Honorable Anthony P. Patti
              Defendants.          United States Magistrate Judge

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 29),
GRANTING DEFENDANTS' MOTION TO DISMISS (ECF No. 16), AND
DISMISSING THE CASE**

On March 10, 2026, Magistrate Judge Anthony P. Patti issued a report, ECF
No. 29, recommending that this Court grant the motion to dismiss, ECF No. 16, filed
by Defendants Genisys Credit Union, Nathan Davidson, and Brian Dowgiallo. Judge
Patti provided 14 days to object. *Id.* at PageID.288–89. But the Parties did not do so.
They have therefore forfeited their right to appeal Judge Patti's findings. *See
Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474
U.S. 140, 149 (1985)).

Having reviewed the report and recommendation, this Court will adopt the
recommendation in full because it finds no clear error. *See Roby v. Bloom Roofing
Sys*, 343 F.R.D. 487, 490 (E.D. Mich. 2023) (noting that a clearly erroneous finding

is one that leaves this Court with a firm and definite conviction that the magistrate judge made a mistake).

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 29, is **ADOPTED**.

Further, it is **ORDERED** that Defendant's Motion to Dismiss, ECF No. 16, is **GRANTED**.

Further, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

**This is a final order and closes the above-captioned case**.

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: April 8, 2026

- 2 -